*E-FILED - 10/5/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVID LOPEZ,<br>   Petitioner,<br>   vs.<br>H. HEDGEPETH, Warden,<br>   Respondent. | No. C 10-2692 RMW (PR)<br><br>ORDER OF TRANSFER |

Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on July 22, 2010. Petitioner seeks habeas relief from his underlying criminal conviction and sentence in Riverside Superior Court, which lies in the Central District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction or sentence are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, the Central District of California is the district of conviction.

Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California, the district of petitioner's conviction at issue in this petition. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The clerk shall terminate any pending motions

Order of Transfer
P:\PRO-SE\SJ.Rmw\HC.10\Lopez692trans.wpd

1  and transfer the entire file to the Central District of California.

2      IT IS SO ORDERED.

3  DATED: __10/4/10__          /s/ Ronald M. Whyte

4                                       RONALD M. WHYTE
                                     United States District Judge